# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:09-CR-0284-04 and |
| | : | NO. 1:09-CR-0380-04 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **GREGORIO GARCIA,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 28th day of January, 2010, upon consideration of defendant's motions to modify terms of pretrial detention (Docs. 76 and 86), and following a hearing conducted concerning the same, and for the reasons set forth in the record of this proceeding, it is hereby ORDERED that defendant's motions (Doc. 76 and 86) are DENIED, and defendant shall continue to be detained pending trial.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge