# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-284** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **GREGORIO GARCIA** | : | |

## O R D E R

AND NOW, this 27th day of May, 2010, upon consideration of the Government's Motion to Dismiss Indictment Pursuant to Fed.R.Crim.P. 48(a) (Doc. 114), it is hereby ORDERED that said motion is GRANTED. The Indictment filed September 16, 2009, and docketed to 1:09-CR-284 is hereby DISMISSED.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge